UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREAS MARTINEZ,

    Plaintiff,

v.                                                                 Case No. 5:10-cv-382-Oc-30EAJ

JEFFREY CAMPBELL,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff initiated this case by filing a *pro se* prisoner Civil Rights Complaint. (Doc. 1). However, Plaintiff failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Further, in an order dated September 13, 2010, the Court directed Plaintiff to file an amended complaint. (Doc. 5). As of the date of this Order, Plaintiff has not complied with the Court's directive. Therefore, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

    **DONE** and **ORDERED** in Tampa, Florida on January 12, 2011.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Parties of Record